IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-01983-RM-NRN | Date:  October 27, 2020 |
| Courtroom Deputy:  Stacy Libid | FTR:   Courtroom C203 |

*Parties:*  *Counsel:*

WILLIAM POWELL, individually and on behalf of      Jason Conway
all others similarly situated,

   Plaintiff,

v.

THE KROGER COMPANY, and      David Montgomery
DILLON COMPANIES, LLC a/k/a King Soopers,      Jamie Goetz-Anderson
Inc. d/b/a King Soopers/City Market,

   Defendants.

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**9:02 a.m.     Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding Plaintiff's Motion for Leave to File Under Seal [Docket No. 31] and Plaintiff's Omnibus Motion and Memorandum of Law for Conditional Certification and Court-Authorized Notice [Docket No. 15].

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**  Plaintiff's Motion for Leave to File Under Seal [Docket No. 31] is **GRANTED** showing good cause shown, and no objection from the Defendant. Plaintiff shall file under restriction the documents marked as Exhibits J, N, O, and P to Plaintiff's Reply in further support of his Motion

                for Conditional Certification and Court-Authorized Notice. Pursuant to D.C.COLO.LCivR. 7.2(b), Exhibits J, N, O, P shall be filed as a Level 1 Restriction.

**ORDERED:** Plaintiffs' Omnibus Motion and Memorandum of Law for Conditional Certification and Court-Authorized Notice [Docket No. 15] is **TAKEN UNDER ADVISEMENT.**

**9:47 a.m.**    **Court in recess.**

Hearing concluded.
Total in-court time:   00:45

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.